IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-47-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| JOSEPH HAL KINLAW, JR. ) | |
| Defendant. ) | |
| ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Terrence W. Boyle, United States District Judge, for all further proceedings. United States District Judge Louise Wood Flanagan is no longer assigned to the case. **All future documents shall reflect the revised case number of 7:16-CR-47-BO-1.**

SO ORDERED. This 16th day of May, 2016.

_____
Julie Richards Johnston
Clerk of Court