IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16CR00047-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | |
| | ) | |
| JOSEPH HAL KINLAW, JR., | ) | |
| | ) | |
| Defendant, | ) | **ORDER IN GARNISHMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| PRUDENTIAL FINANCIAL, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

A Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer of the Garnishee on August 14, 2017.

The Defendant has been notified of his right to a hearing and has not requested a hearing to determine exempt property. On August 17, 2017 the Defendant filed a Motion to Quash Writ of Garnishment as to Prudential Financial, Inc. [D.E. 54]. The court denied this motion in its Order on November 3, 2017 [D.E. 65].

IT IS ORDERED that the Garnishee pay all funds, as indicated in the Answer of Garnishee, to the Plaintiff. All payments due to the Plaintiff under this Order of Garnishment shall continue until the debt to the Plaintiff is paid in full or until the Garnishee

no longer has custody, possession or control of any property belonging to any of the Defendant or until further Order of this Court.

Checks should be made payable to: **U. S. District Court**

and mailed to:   U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 7:16CR00047-001BO on each check.

SO ORDERED, this the ___ day of November, 2017.

_____
United States District Court Judge